AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America </br> v. </br> Tyler Savinon </br> </br> *Defendant(s)* | Case No. </br> 24-mj-235-01-AJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 16, 2024__ in the county of __Hillsborough__ in the
_____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2114(a) & 2 | Robbery of property of the United States, aiding/abetting/counseling/commanding/inducing/procuring |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

/s/ Sean P. Doyle
*Complainant's signature*

Inspector Sean Doyle, USPIS
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Sep 13, 2024**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S Magistrate Judge
*Printed name and title*